UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20583-CR-SEITZ

UNITED STATES OF AMERICA,
            Plaintiff,

v.

LAZARO CACERES and
VANIA ALVAREZ,
            Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING R&R
## AND ADJUDICATING DEFENDANTS GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 140] of

the Honorable Barry L. Garber recommending that the Defendants Lazaro Caceres and Vania

Alvarez's pleas of guilty be accepted and Defendants be adjudicated guilty. The Court has reviewed

Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the

evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and

is made the Order of the District Court:

Defendant Caceres's plea of guilty is accepted, and Defendant Lazaro Caceres is adjudicated

guilty as to Count 1 of the Indictment.

Defendant Alvarez's plea of guilty is accepted, and Defendant Vania Alvarez is adjudicated

guilty as to the lesser included charges set forth in Count 1 of the Indictment.

DONE AND ORDERED in Miami, Florida this 24th day of July, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Judge Barry L. Garber